**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVEN RUBEN MAGALLON, | ) | NO. CV 10-07296 SVW (SS) |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| KELLY HARRINGTON, Warden, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

\\

1   **IT IS ORDERED** that the Petition is denied and Judgment shall be
2   entered dismissing this action with prejudice.

4   **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5   the Judgment herein on Petitioner and counsel for Respondent.

7   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9   Dated: February 5, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2