**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN RUBEN MAGALLON,                )<br>                                       )<br>              Petitioner,              )<br>                                       )<br>          v.                           )<br>                                       )<br>KELLY HARRINGTON, Warden,              )<br>                                       )<br>              Respondent.              )<br>_____) | NO. CV 10-07296 SVW (SS)<br><br><br>**JUDGMENT** |

     Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 5, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE